UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICHARD REYES,

Plaintiff,

vs.                                                    Case No.: 10-80852-CIV-Ryskamp/Vitunac

COLLECTO, INC., d/b/a EOS CAA,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice with each party to bear its own attorneys' fees and costs.

Dated: June 6, 2011                               Respectfully submitted,

s/ Andrew I. Glenn_____           s/ Dale T. Golden_____
Andrew I. Glenn                                   Dale T. Golden, Esq.
E-mail: Andrew@cardandglenn.com                   Florida Bar No. 0094080
Florida Bar No. 577261                            Email: dgolden@goldenscaz.com
J. Dennis Card, Jr.                               Charles J. McHale, Esq.
E-mail: Dennis@cardandglenn.com                   Florida Bar No. 0026555
Florida Bar No. 0487473                           Email: cmchale@goldenscaz.com
Card & Glenn, P.A.                                GOLDEN & SCAZ, PLLC
2501 Hollywood Boulevard, Suite 100               201 North Armenia Avenue
Hollywood, Florida 33020                          Tampa, FL 33609
Telephone: (954) 921-9994                         Telephone: (813) 251-3632
Facsimile: (954) 921-9553                         Facsimile: (813) 251-3675
Attorneys for Plaintiff                           Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn
Andrew I. Glenn

## SERVICE LIST

Dale T. Golden, Esq.
Florida Bar No. 0094080
Email: dgolden@goldenscaz.com
Charles J. McHale, Esq.
Florida Bar No. 0026555
Email: cmchale@goldenscaz.com
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: (813) 251-3632
Facsimile: (813) 251-3675
Attorneys for Defendant
Served via CM/ECF