UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80852-CIV-Ryskamp/Vitunac

RICHARD REYES,

    Plaintiff,

vs.

COLLECTO, INC., d/b/a EOS CAA,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court pursuant to the June 6, 2011 **[DE 16]** joint stipulation for dismissal with prejudice. It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH PREJUDICE with each party to bear its own fees and costs. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 14th day of June, 2011.

                                        S/Kenneth L. Ryskamp
                                        KENNETH L. RYSKAMP
                                        UNITED STATES DISTRICT JUDGE